**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Stephanie L. Stamm <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 18-13834 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage as servicer for Madison Revolving Trust 2017 and index same on the master mailing list.

                                    Respectfully submitted,

                                    **/s/ Kevin G. McDonald, Esquire**
                                    Kevin G. McDonald, Esquire
                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 627-1322 FAX (215) 627-7734