**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| Stephanie Stamm, | : | Chapter 13 |
| Debtor | : | |
| | : | Bankruptcy No: 18-13834 |

## **O R D E R**

*AND NOW*, upon consideration of the Motion of the Debtors to Extend the Deadlines, it is **ORDERED** and **DECREED** that the Debtor is **GRANTED** to file the required documents by July 20, 2018.

**Date: June 25, 2018**

*BY THE COURT:*

_____
*Richard E. Fehling,*
*U.S. BANKRUPTCY JUDGE*