United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-13834-ref
Stephanie L. Stamm                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4            User: SaraR              Page 1 of 1              Date Rcvd: Jun 26, 2018
                                Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2018.
db             +Stephanie L. Stamm,    36 Elkins Avenue,    Reading, PA 19607-2914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Stephanie L. Stamm NO1JTB@juno.com
              KEVIN G. MCDONALD    on behalf of Creditor    Madison Revolving Trust 2017 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| Stephanie Stamm, | : | Chapter 13 |
| Debtor | : | |
| | : | Bankruptcy No: 18-13834 |

## O R D E R

*AND NOW*, upon consideration of the Motion of the Debtors to Extend the Deadlines, it is **ORDERED** and **DECREED** that the Debtor is **GRANTED** to file the required documents by July 20, 2018.

**Date: June 25, 2018**

*BY THE COURT:*

_____
*Richard E. Fehling,*
*U.S. BANKRUPTCY JUDGE*