**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

IN RE:                                                                                              CASE NO.: 18-13834-REF
                                                                                                          CHAPTER 13
**Stephanie L. Stamm,**

    **Debtor.**
_____/

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of MADISON REVOLVING TRUST 2017 ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**BANKRUPTCY DEPARTMENT**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

                                                           RAS Crane, LLC
                                                           Authorized Agent for Secured Creditor
                                                           10700 Abbott's Bridge Road, Suite 170
                                                           Duluth, GA 30097
                                                            Telephone: 470-321-7112
                                                           Facsimile: 404-393-1425
                                                           By: /s/Kevin Buttery
                                                           Kevin Buttery, Esquire
                                                           Email: kbuttery@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 5, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

STEPHANIE L. STAMM
36 ELKINS AVENUE
READING, PA  19607

FREDERICK L. REIGLE
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVENUE
P.O. BOX 4010
READING, PA  19606

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA  19107

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425
By: /s/Kevin Buttery
Kevin Buttery, Esquire
Email: kbuttery@rascrane.com