UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankr. Case No. 18-13834-REF-13 |
| STEPHANIE L. STAMM | Chapter 13 |
| Debtor(s) | |

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

Americredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX  76096

By  /s/  Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                          Bankr. Case No. 18-13834-REF-13

STEPHANIE L. STAMM                                                                Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on July 2, 2018 :

    JOSEPH T BAMBRICK JR                       Frederick L. Reigle
    529 READING AVE                              2901 Saint Lawrence Avenue   Reading, PA
    WEST READING, PA  19611                 19606

                                                                          By  /s/ Mandy Youngblood
                                                                               Mandy Youngblood

xxxxx50388 / 961074