# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: **Stephanie L Stamm**  
Debtor(s)

Case No. **18-13834**  
Chapter **13**

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **July 17, 2018**

**/s/ Stephanie L Stamm**  
**Stephanie L Stamm**  
Signature of Debtor