United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-13834-ref
Stephanie L. Stamm                                                        Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: Lisa             Page 1 of 1           Date Rcvd: Mar 04, 2019
                            Form ID: pdf900        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2019.
db             +Stephanie L. Stamm,    36 Elkins Avenue,    Reading, PA 19607-2914
cr             +Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                 Arlington, TX 76014-4101
cr             +Americredit Financial Services, Inc.Dba GM Financi,    P.O. Box 183853,
                 Arlington, TX 76096-3853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2019 at the address(es) listed below:
      JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Stephanie L. Stamm NO1JTB@juno.com
      KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    Madison Revolving Trust 2017 bkgroup@kmllawgroup.com
      KEVIN M. BUTTERY    on behalf of Creditor    Madison Revolving Trust 2017 kbuttery@rascrane.com
      SCOTT  WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
   ECF_FRPA@Trustee13.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
   Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                                       TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Stephanie L. Stamm<br>            Debtor(s) | CHAPTER 13 |
| U.S. Bank National Association, not in its individual capacity but solely as Trustee for the CIM TRUST 2018-NR1 Mortgage-Backed Notes, Series 2018-NR1<br>            Movant<br>    vs. | NO. 18-13834 REF |
| Stephanie L. Stamm<br>            Debtor(s)<br>Scott Waterman<br>            Trustee | 11 U.S.C. Section 362 |

**ORDER**

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 36 Elkins Avenue, Reading, PA 19607 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: March 4, 2019**

United States Bankruptcy Judge.